IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Spano, Thomas Dominic

Printed: 01/22/09

Case Number:  06 B 14121
Judge:  Goldgar, A. Benjamin
Filed:  10/31/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  November 17, 2008
Confirmed:  December 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,252.15 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 9,478.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,050.00 |
| Trustee Fee: |  | 680.09 |
| Other Funds: |  | 43.72 |
| Totals: | 12,252.15 | 12,252.15 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,050.00 | 2,050.00 |
| 2. | Carson Pirie Scott & Co | Unsecured | 402.31 | 197.28 |
| 3. | Capital One | Unsecured | 452.46 | 221.87 |
| 4. | Aspire Visa | Unsecured | 2,101.80 | 1,030.75 |
| 5. | Portfolio Recovery Associates | Unsecured | 421.67 | 206.83 |
| 6. | ECast Settlement Corp | Unsecured | 949.38 | 465.52 |
| 7. | Resurgent Capital Services | Unsecured | 143.63 | 66.67 |
| 8. | ECast Settlement Corp | Unsecured | 727.79 | 356.86 |
| 9. | Resurgent Capital Services | Unsecured | 545.63 | 267.64 |
| 10. | Capital One | Unsecured | 689.18 | 337.97 |
| 11. | Resurgent Capital Services | Unsecured | 1,852.55 | 908.42 |
| 12. | ECast Settlement Corp | Unsecured | 378.32 | 185.55 |
| 13. | B-Real LLC | Unsecured | 1,315.41 | 645.05 |
| 14. | Capital One | Unsecured | 268.05 | 117.35 |
| 15. | B-Real LLC | Unsecured | 2,408.86 | 1,181.25 |
| 16. | ECast Settlement Corp | Unsecured | 199.73 | 87.47 |
| 17. | ECast Settlement Corp | Unsecured | 518.69 | 254.41 |
| 18. | ECast Settlement Corp | Unsecured | 5,021.70 | 2,462.55 |
| 19. | Resurgent Capital Services | Unsecured | 877.71 | 430.43 |
| 20. | RoundUp Funding LLC | Unsecured | 136.68 | 54.47 |
| 21. | Phillips 66 | Unsecured |  | No Claim Filed |
| 22. | Carson Pirie Scott | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,461.55 | $ 11,528.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Spano, Thomas Dominic | Case Number:  06 B 14121 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed:  10/31/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 103.36 |
| 5.4% | 378.20 |
| 6.5% | 198.53 |
| | $ 680.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

